IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN L. WHITE, an individual; LOGAN N. BURT, an individual; and BURT COUNTY PUBLIC POWER DISTRICT, a Public Corporation of Tekamah, Nebraska;<br><br>Plaintiffs,<br><br>vs.<br><br>TEREX SOUTH DAKOTA, INC., a Connecticut corporation; and ALTEC INDUSTRIES, INC., an Alabama corporation;<br><br>Defendants. | 4:25CV3039<br><br>**RECUSAL ORDER** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 15th day of April, 2025.

BY THE COURT:

<u>s/ Jacqueline M. DeLuca</u>

United States Magistrate Judge

1